450 A.2d 209

Commonwealth v. Rawlings, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted November 14, 1980.
Paulette J. Balogh, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WIEAND and JOHNSON, JJ.

Judgment of sentence entered September 24, 1979 is affirmed.